UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUKWUNONSO "DOUGLAS" UMEGBO,<br>a/k/a JAMES ABBOTT,<br>a/k/a MICHAEL PHILIPS,<br>a/k/a RICHARD ARMANI,<br><br>Defendant | Criminal No.  21cr10066<br><br>Violations:<br><br><u>Counts One-Six</u>: False Statement to a Bank (18 U.S.C. § 1014)<br><br><u>Counts Seven-Eight</u>: Wire Fraud; Aiding and Abetting (18 U.S.C. §§ 1343 and 2)<br><br><u>Count Nine</u>: Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i))<br><br><u>False Statement and Money Laundering Forfeiture Allegation</u>:<br>(18 U.S.C. § 982(a)(1))<br><br><u>Wire Fraud Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. CHUKWUNONSO "DOUGLAS" UMEGBO a/k/a James Abbott, a/k/a Michael Philips, a/k/a Richard Armani, was a Nigerian national residing in Massachusetts.

2. Victim 1 was a resident of Bradenton, Florida.

3. Bay Coast Bank, Citizens Bank, Eastern Bank, and Webster Bank were each financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

4. "Romance scams" refer to a type of fraud that is enabled by the creation of fictitious profiles on online dating or social websites. Individuals perpetrating romance scams

1

use these online dating profiles to gain the trust of potential victims, and once that trust is gained, direct victims to transfer money under false pretenses.

Scheme to Defraud

5.  Beginning no later than in or about 2018, and continuing through at least in or about 2019, UMEGBO, together with those known and unknown to the grand jury, engaged in and attempted to engage in a scheme to defraud victims of online "romance scams." In many instances, victims of the fraud were induced to send money to bank accounts in or around the greater Boston area, opened by UMEGBO using false identities. After the victim money was transferred into the accounts, UMEGBO generally withdrew it, converted the funds to cashier's checks, or used it for personal purchases.

6.  To receive funds from victims, UMEGBO established bank accounts using fraudulent identity documents.

   a. On or about June 20, 2018, UMEGBO used a United Kingdom passport in the name of James Abbott to open an account ending in x2933 at a Bay Coast Bank branch in New Bedford, Massachusetts.

   b. On or about the same day, UMEGBO used the same passport in the name of James Abbott to open an account ending in x1973 at a Citizens Bank branch in Dartmouth, Massachusetts.

   c. On or about August 7, 2018, UMEGBO used the same passport in the name of James Abbott to open an account ending in x2429 at an Eastern Bank branch in Mattapoisett, Massachusetts.

   d. On or about August 30, 2018, UMEGBO used a United Kingdom passport in

      the name of Michael Philips to open an account ending in x5990 at a Citizens Bank branch in Stoughton, Massachusetts.

  e. On or about October 20, 2018, UMEGBO used the same passport in the name of Michael Philips to open an account ending in x6769 at a Webster Bank branch in Boston, Massachusetts.

  f. On or about December 5, 2018, UMEGBO used a Dutch passport in the name of Richard Armani to open an account ending in x1039 at a Citizens Bank branch in Raynham, Massachusetts.

*Victim 1*

7.    In or about July 2018, Victim 1 was contacted by an individual known to her as "Harry Mikesell" via the dating website Plenty of Fish. They subsequently began communicating by email and text messages. "Mikesell" told Victim 1 that he worked on a drilling platform in Houston, Texas and asked Victim 1 to send money to buy drilling equipment.

8.    On or about August 6, 2018, at "Mikesell" or his purported associates' direction, Victim 1 initiated a wire of $25,000 from her bank account in Florida to the Bay Coast Bank account ending in x2933 in the name of James Abbott and controlled by UMEGBO. Within about two days, nearly all of the funds were withdrawn or transferred out of the account. For example, on or about August 7, 2018, $7,500 in cash was withdrawn from the x2933 account and $10,0000 was wired to another account in the name of James Abbott. On or about August 8, 2018, UMEGBO withdrew $7,000 in cash.

9.    Thereafter, "Mikesell" asked Victim 1 to become the Power of Attorney on his company's bank account to set up payments to his workers and for other business activities because he claimed he could not access the account while on the oil rig. Victim 1 agreed and, at

3

"Mikesell" or his purported associates' direction, Victim 1 logged into his supposed business bank account purportedly at a private bank in the Bahamas and set up payments to a purported employee and a business associate. Shortly thereafter, "Mikesell" notified Victim 1 that the payments had not gone through and his account was frozen. "Mikesell" shared purported notifications from FinCEN that Victim 1 and "Mikesell" had engaged in compliance violations and therefore the account was frozen. "Mikesell" told Victim 1 that they needed to comply with the notice and pay the amount requested to unfreeze the account. "Mikesell" told Victim 1 that he could not pay to unfreeze the account because his money was frozen. Because her name was on the notice, Victim 1 felt pressure to address the compliance violation.

10. On or about October 22, 2018, at "Mikesell" or his purported associates' direction, Victim 1 initiated a wire of $30,525 from her bank account in Florida to the Citizens Bank account ending in x5990 in the name of Michael Philips and controlled by UMEGBO, believing the transfer to be necessary to bring "Mikesell's" account into compliance with regulators. Victim 1 believed she would be reimbursed for this purported payment, once "Mikesell's" account was unfrozen. Within approximately two days of the wire transfer, nearly all of the funds were withdrawn, including, on or about October 23, 2018, a cashier's check for $15,000 purchased using funds from Victim 1's wire into the x5990 account and made out to Michael Philips. On or about the same day, the $15,000 cashier's check was deposited into Webster Bank account ending in x6769 in the name of Michael Philips and controlled by UMEGBO.

11. In total, between in or about August 2018 through in or about October 2018, Victim 1 transferred approximately $270,565 to various bank accounts at the direction of

"Mikesell," his purported associates, and the purported authorities regulating his account in the Bahamas.

12. Over the course of the scheme, more than $560,000 was transferred into accounts in the name of James Abbott, Michael Philips, and Richard Armani that UMEGBO controlled.

COUNTS ONE-SIX
False Statement to a Bank
(18 U.S.C. § 1014)

The Grand Jury charges:

13.  The Grand Jury re-alleges and incorporates by reference paragraphs 1-12 of this Indictment.

14.  On or about the dates set forth below, in the District of Massachusetts, the defendant,

CHUKWUNONSO "DOUGLAS" UMEGBO,
a/k/a JAMES ABBOTT,
a/k/a MICHAEL PHILIPS,
a/k/a RICHARD ARMANI,

did knowingly make a false statement and report for the purpose of influencing in any way the action of the banks listed below, each of which is an institution whose accounts were insured by the Federal Deposit Insurance Corporation, in connection with an application to open a checking account, in that the defendant falsely represented he was the persons identified below:

| COUNT | BANK | DATE | NAME ON ACCOUNT | ACCOUNT |
|---|---|---|---|---|
| 1 | Bay Coast Bank | June 20, 2018 | James Abbott | x2933 |
| 2 | Citizens Bank | June 20, 2018 | James Abbott | x1973 |
| 3 | Eastern Bank | August 7, 2018 | James Abbott | x2429 |
| 4 | Citizens Bank | August 30, 2018 | Michael Philips | x5990 |
| 5 | Webster Bank | October 20, 2018 | Michael Philips | x6769 |
| 6 | Citizens Bank | December 5, 2018 | Richard Armani | x1039 |

All in violation of Title 18, United States Code, Section 1014.

## COUNTS SEVEN-EIGHT
Wire Fraud; Aiding and Abetting
(18 U.S.C. §§ 1343 and 2)

The Grand Jury further charges:

15. The Grand Jury re-alleges and incorporates by reference paragraphs 1-12 of this Indictment.

16. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

CHUKWUNONSO "DOUGLAS" UMEGBO,
a/k/a JAMES ABBOTT,
a/k/a MICHAEL PHILIPS,
a/k/a RICHARD ARMANI,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, as set forth below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 7 | August 6, 2018 | $25,000 wire transfer from Victim 1 in Florida to Bay Coast Bank account x2933 in Massachusetts in the name of James Abbott |
| 8 | October 22, 2018 | $30,525 wire transfer from Victim 1 in Florida to Citizens Bank account x5990 in Massachusetts in the name of Michael Philips |

All in violation of Title 18, United States Code, Sections 1343 and 2.

COUNT NINE
Money Laundering
(18 U.S.C. § 1956(a)(1)(B)(i))

The Grand Jury further charges:

17.  The Grand Jury re-alleges and incorporates by reference paragraphs 1-12 of this Indictment.

18.  On or about the date set forth below, in the District of Massachusetts and elsewhere, the defendant,

CHUKWUNONSO "DOUGLAS" UMEGBO,
a/k/a JAMES ABBOTT,
a/k/a MICHAEL PHILIPS,
a/k/a RICHARD ARMANI,

did knowingly conduct and attempt to conduct a financial transaction as set forth below, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 9 | October 23, 2018 | $15,000 cashier's check drawn on Citizens Bank account x5990 and made out to Michael Philips |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## FALSE STATEMENT AND MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a))

19. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1014 and 1956, set forth in Counts One through Six and Nine, the defendant,

> CHUKWUNONSO "DOUGLAS" UMEGBO,
> a/k/a JAMES ABBOTT,
> a/k/a MICHAEL PHILIPS,
> a/k/a RICHARD ARMANI,

shall forfeit any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of a violation of Title 18, United States Code, Sections 1014; and, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit any property, real or personal, involved in such offenses in violation of Title 18, United States Code, Section 1956, and any property traceable to such property.

20. If any of the property described in Paragraph 19, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 19 above.

All pursuant to Title 18, United States Code, Section 982(a).

## WIRE FRAUD FORFEITURE ALLEGATION
### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

21.     Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1343, set forth in Counts Seven and Eight, the defendant,

CHUKWUNONSO "DOUGLAS" UMEGBO,<br>
a/k/a JAMES ABBOTT,<br>
a/k/a MICHAEL PHILIPS,<br>
a/k/a RICHARD ARMANI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

22.     If any of the property described in Paragraph 21, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 21 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON


_____
KRISTEN A. KEARNEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: February 23, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
2/23/2021 @ 2:13pm