# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI, USPIS, HSI |
| **City** New Bedford, MA | **Related Case Information:** | | |
| **County** Bristol | Superseding Ind./ Inf. ____ Case No. ____ | | |
| | Same Defendant ____ New Defendant ____ | | |
| | Magistrate Judge Case Number ____ | | |
| | Search Warrant Case Number ____ | | |
| | R 20/R 40 from District of ____ | | |

**Defendant Information:**

Defendant Name: Chukwunonso "Douglas" Umegbo   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: James Abbott; Michael Philips; Richard Armani

Address: (City & State)

Birth date (Yr only): 1985   SSN (last4#): ____   Sex: M   Race: Black   Nationality: Nigerian

**Defense Counsel if known:** ____   Address: ____

**Bar Number** ____

**U.S. Attorney Information:**

AUSA: Kristen Kearney   Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ____ on ____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/23/2021   Signature of AUSA: *Kristen A. Kearney*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Chukwunonso "Douglas" Umegbo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1014 | False Statement to a Bank | 1-6 |
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud; Aiding and Abetting | 7-8 |
| Set 3 | 18 U.S.C. § 1956(a)(1)(B)(i) | Money Laundering | 9 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____