UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-10066-GAO |
| | ) |
| CHUKWUNONSO "DOUGLAS" UMEGBO, | ) **FILED UNDER SEAL** |
| a/k/a JAMES ABBOTT, | ) |
| a/k/a MICHAEL PHILIPS, | ) |
| a/k/a RICHARD ARMANI, | ) |
| | ) |
| Defendant | ) |

**GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF INDICTMENT**

The United States Attorney hereby respectfully moves this Court for an Order that the Indictment in this case be unsealed for the limited purpose of permitting the United States to disclose the existence and allegations of the Indictment to and by law enforcement personnel, including foreign authorities via the International Criminal Police Organization ("INTERPOL"), for use in locating and arresting the defendant.  As reasons for its motion, the United States declares as follows:

1. CHUKWUNONSO "DOUGLAS" UMEGBO, also known as James Abbott, also known as Michael Philips, also known as Richard Armani, was indicted by the Grand Jury on February 23, 2021 and charged with six counts of making a false statement to a bank, in violation of 18 U.S.C. § 1014, two counts of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, and one count of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), together with allegations of criminal forfeiture under 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1).

2. The District Court for the District of Massachusetts sealed the Indictment and issued a warrant for the arrest of UMEGBO.

3. UMEGBO is believed to be outside the United States, possibly in his native

country of Nigeria, and has not been located.

4. UMEGBO remains a fugitive.

5. The United States seeks the assistance of INTERPOL and other international law enforcement authorities to assist with the location and apprehension of UMEGBO.

6. Obtaining such INTERPOL and other international law enforcement assistance necessitates limited disclosure of the existence and allegations of the sealed Indictment.

7. General disclosure of the existence and allegations of the sealed Indictment may jeopardize efforts to locate and apprehend UMEGBO.

WHEREFORE, the United States moves this Court for an Order that the Indictment in this case be unsealed for the limited purpose of permitting the United States to disclose the existence and allegations of the Indictment to and by law enforcement personnel, including foreign authorities via the International Criminal Police Organization ("INTERPOL"), for use in locating and arresting the defendant. A proposed Order is attached.

The United Stats further requests that this motion, the Order of this Court, and all matters previously ordered sealed in this case remain under seal subject to further Order of this Court.

The United States further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date: March 26, 2021