IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUKWUNONSO "DOUGLAS" UMEGBO,<br>a/k/a JAMES ABBOTT,<br>a/k/a MICHAEL PHILIPS,<br>a/k/a RICHARD ARMANI,<br><br>Defendant | )<br>)<br>)<br>)<br>)  Criminal No. 21-cr-10066-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT**

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested by British authorities and the government is seeking extradition to the United States, and there is no further reason to keep the indictment secret.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Kristen A. Kearney*
        KRISTEN A. KEARNEY
        Assistant U.S. Attorney

Date:  April 20, 2022