# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

March 1, 2024

Attorney John Iweanoges II
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017-1760

Re: Umegbo, Chukwunonso
    D.O.B   3/18/1985
    USMS#  43996-510

Dear Attorney Iweanoges:

Please be advised, Mr. Umegbo was received at the Donald W. Wyatt Detention Facility on February 10, 2023. He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Umegbo is currently participating in the Detainee Worker Program as a Kitchen worker since February 23, 2023. He has also completed several programs to include Living with Others, and Basic Kitchen Standards, his certificates are attached.

Mr. Umegbo has been disciplinary infraction free.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

*M. Nessinger*

M. Nessinger
Warden

MN/ab

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## CHUKWUNONSO UMEGBO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Living With Others – 2023*

At The Donald W. Wyatt Detention Facility



KRISTEN DAMASO
Major
2/27/2023

# Central Falls Detention Facility Corporation

*This is to certify that*

## CHUKWONOSO UMEGHO

*Has Satisfied Basic Kitchen Standards*

Completed On

09/08/2023

_Chap Kurtz_
Jonathan Chaplin Kurtz
Food Service & Commissary Director


ARAMARK

_Michael Nefsinger_
Michael Nefsinger
Warden



# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

**February 26th, 2024**

Iweanoge Law Center
Attn. Josh O. Iweanoge
1026 Monroe Street
Washington, D.C. 20017-1760

**Re:** **Umgegbo, Chuwunonso**
      D.O.B 03/18/1985
      #43996-510

To Whom It May Concern,

Please be advised that Umgegbo, Chuwunonso was booked at the Donald W. Wyatt Detention Facility on February 10th, 2023. He is being held for fraudulent activities fraud – by wire charges by the United States Marshal Service.

While being held at this facility, Mr. Umgegbo has remained discipline free.

Mr. Umgegbo has successfully completed the following programs: Living with Others and several e-learning courses via CyperWorx, Inc. Please find the transcripts attached.

As of February 2023, Mr. Umgegbo participates successfully in the worker program. Since being hired, Mr. Umgegbo has demonstrated a strong work ethic. He always shows initiative and has received excellent work evaluations.

He maintains a positive attitude and is respectful towards both staff and his peers.

If you should have any questions feel free to contact my office at (401)721-1190.

Sincerely,

Maren Fieguth
Counselor

Lus Jimenez
Program Director

# Transcript for CHUKWUNONSO UMEGBO | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (ISC)² Certified Information Systems Security Professional (CISSP): 2021 Update | E-Learning Course | Apr 20, 2023 | Jun 6, 2023 | 0 | 40.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Sep 25, 2023 | Sep 25, 2023 | 0.05 | 0.50 | Passed | 0 | - | Sep 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | May 15, 2023 | May 15, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Apr 25, 2023 | Apr 25, 2023 | 0.1 | 1.00 | Passed | 100 | - | Apr 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| AWS Certified Cloud Practitioner - Exam CLF-C01 | E-Learning Course | - | - | 0 | 24.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Apr 13, 2023 | Apr 13, 2023 | 0.1 | 1.00 | Passed | 0 | - | Apr 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Apr 27, 2023 | Apr 27, 2023 | 0.05 | 0.50 | Passed | 100 | - | Apr 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Managerial Ethics | E-Learning Course | - | - | 0.13 | 1.34 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem Solving in the Corporate World | E-Learning Course | Apr 22, 2023 | Apr 23, 2023 | 0.08 | 0.84 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem Solving in the Corporate World | E-Learning Course | Apr 23, 2023 | Apr 23, 2023 | 0.08 | 0.84 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | Apr 27, 2023 | May 2, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | May 2, 2023 | May 2, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT | Learning Path | - | - | - | - | Completed | - | - | May 24, 2023 | - | - |
| CERT Firefighter Rehab Operations | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Service Fundamentals | E-Learning Course | Apr 24, 2023 | Apr 24, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Digital Media Literacy | E-Learning Course | May 20, 2023 | May 20, 2023 | 0.15 | 1.50 | Passed | 100 | - | May 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Egress, Fire Prevention, & Fire Protection | E-Learning Course | Apr 17, 2023 | Apr 18, 2023 | 0.07 | 0.65 | Complete | 0 | - | Apr 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Email Basics | E-Learning Course | May 11, 2023 | May 14, 2023 | 0.1 | 1.00 | Passed | 100 | - | May 14, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Eqipment Safety | Learning Path | - | - | - | - | Completed | - | - | May 27, 2023 | - | - |
| Equal Opportunity 101 (Corrections) | E-Learning Course | Sep 9, 2023 | Sep 9, 2023 | 0.02 | 0.17 | Passed | 100 | - | Sep 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics | E-Learning Course | Apr 16, 2023 | Apr 16, 2023 | 0.08 | 0.75 | Passed | 100 | - | Apr 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Fire Evacuation Training | E-Learning Course | Apr 13, 2023 | Apr 13, 2023 | 0.03 | 0.33 | Complete | 0 | - | Apr 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Food Service Worker: Annual Food Safety Training | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift Safety | E-Learning Course | Apr 18, 2023 | Apr 18, 2023 | 0.1 | 1.00 | Complete | 0 | - | Apr 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift Material Handling (Corrections) | E-Learning Course | May 24, 2023 | May 24, 2023 | 0.03 | 0.25 | Complete | 0 | - | May 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | May 15, 2023 | May 15, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Hand and Power Tool Safety Awareness (Corrections) | E-Learning Course | May 26, 2023 | May 26, 2023 | 0.03 | 0.34 | Complete | 0 | - | May 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lockout-Tagout: Control of Hazardous Energy | E-Learning Course | Apr 21, 2023 | Apr 21, 2023 | 0.05 | 0.50 | Passed | 100 | - | Apr 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Machinery and Vehicular Safety (Corrections) | E-Learning Course | May 27, 2023 | May 27, 2023 | 0.06 | 0.59 | Complete | 0 | - | May 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | Apr 26, 2023 | Apr 26, 2023 | 0.08 | 0.75 | Passed | 100 | - | Apr 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | Apr 26, 2023 | May 28, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Media and Social Media Best Practices | E-Learning Course | Apr 22, 2023 | Apr 22, 2023 | 0.03 | 0.25 | Passed | 100 | - | Apr 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Microsoft Access 2019 Complete | E-Learning Course | - | - | 0 | 16.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Microsoft Excel 2021/365 Complete | E-Learning Course | - | - | 0 | 24.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Microsoft PowerPoint 2021/365 Complete | E-Learning Course | - | - | 0 | 8.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Mobile Equipment | E-Learning Course | Apr 18, 2023 | Apr 18, 2023 | 0.05 | 0.50 | Passed | 100 | - | Apr 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | May 21, 2023 | May 23, 2023 | 0.2 | 2.00 | Passed | 100 | - | May 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 01 | E-Learning Course | Sep 8, 2023 | Sep 8, 2023 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 01 | E-Learning Course | Sep 16, 2023 | Sep 16, 2023 | 0 | 0.00 | Complete | - | 0 | Sep 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | Apr 26, 2023 | Apr 26, 2023 | 0.1 | 1.00 | Passed | 0 | - | Apr 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | Apr 26, 2023 | Apr 26, 2023 | 0.1 | 1.00 | Passed | 100 | - | Apr 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Scaffold and Ladder Safety Training | E-Learning Course | May 24, 2023 | May 26, 2023 | 0.1 | 1.00 | Passed | 82 | - | May 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Scaffolding Safety | E-Learning Course | May 26, 2023 | May 26, 2023 | 0.05 | 0.50 | Passed | 90 | - | May 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U | E-Learning Course | Nov 6, 2023 | Nov 11, 2023 | 0 | 6.00 | In Progress | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Additional Things to Know | E-Learning Course | - | - | * | * | Not Attempted | * | 80 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Closing | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Getting Your Business Off The Ground | E-Learning Course | Nov 8, 2023 | Nov 11, 2023 | * | * | In Progress | * | 80 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Growing Your Business | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Introduction | E-Learning Course | Nov 6, 2023 | Nov 6, 2023 | * | * | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Strategies for Managing Risk | E-Learning Course | Jun 6, 2023 | Jun 6, 2023 | 0 | 1.00 | Passed | 0 | - | Jun 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | E-Learning Course | Apr 18, 2023 | Apr 20, 2023 | 0.15 | 1.50 | Passed | 86 | * | Apr 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Suicide Prevention (Corrections) | E-Learning Course | Aug 31, 2023 | Sep 8, 2023 | 0.13 | 1.25 | Passed | 100 | - | Sep 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Technology and Digital Literacy | Learning Path | - | - | - | - | Completed | - | - | May 28, 2023 | - | - |
| ViaPath Career Readiness | Learning Path | - | - | - | - | Completed | - | * | May 23, 2023 | - | - |
| Workplace Basics | E-Learning Course | May 9, 2023 | May 9, 2023 | 0.1 | 1.00 | Passed | 100 | * | May 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Young Worker Safety Training: Module 1 (Corrections) | E-Learning Course | May 27, 2023 | May 27, 2023 | 0.03 | 0.25 | Complete | 0 | - | May 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

Umegbo Chukwunonso Douglas
950 High Street
Central Falls
RI – 02863

The Honorable Senior Judge George A. O'Toole Jr,.
John Joseph Moakley United States Courthouse,
One Courthouse Way,
Boston, MA 02210.

Your Honor,

**PLEA FOR LENIENCY**

I would like to first express my sincere apology to this Honorable court and the victim of my crimes. Your Honor, I honestly regret my actions and accept full responsibility and accountability. I plead especially with the victims of my senseless crimes to forgive me for my selfishness, greed, and poor judgment, I'm truly sorry.

Your Honor, my incarceration since April 4, 2022 has completely changed the course of my life; with some doors closed, new ones opened, it has overall shaped my thought pattern as I have continually reflected on my poor choices, I feel guilty and broken beyond words. My criminal behavior was truly despicable and disrespectful, nobody should go through what the victims went through. I am ashamed and disappointed in myself because I derailed from a realistic aspiration and goal to earn quality education in America, get a job and support my family but in the process of achieving this milestone, I let unrealistic fantasies, desperation and some people I surrounded myself with influence me into participating in criminal activities that almost destroyed me, my future, my family, and even much more the victims. I would like to say that I have not allowed my setback define me as a person, rather I consider it as a 'PIT STOP' whereby adjustments, tweaking and alterations need to be made in order to enable me perform better in my race of life. Instead of repeatedly ruminating about my ugly past, I have surrendered and accepted my current reality, taking this time to discipline myself thoroughly, seeking God, emotionally and mentally support my family (my wife and children), added to my education, improved my health and much more! I strongly believe that I am better equipped with a plan to turn my aspirations and goals into a reality if given a second chance by this Honorable court.

I had the privilege of working for 10 months as a Bio-Hazard cleaner after being trained and certified at HM Prisons Wandsworth England as I was awaiting extradition to the United States. While incarcerated in England, the whole world was plagued with the worst pandemic experienced in 100 years, I contracted the COVID-19 virus numerous times even though I was fully vaccinated. I have also been actively engaged in work program as a custodian in the kitchen here at Wyatt Detention Facility since my arrival in February 2023 till date. I have completed over 70 educational courses so far. I particularly benefited from "Building on Self Substance" (B.O.S.S), a voluntary men's group that meets weekly in an effort to promote restorative justice. This group was begun by members who were participants in the original Restorative Justice program – a pilot program that was spearheaded by 1st circuit Court Honorable Judge Leo. T. Sorokin, with the goal of achieving self-awareness and growth, while also providing healing to those adversely affected by our actions.

Your Honor, honestly this has been a very humbling experience for me and the flames of the discipline has truly refined me. I was a lost soul, an unhappy man and an empty vessel. I was raised by God fearing, honest, hardworking parents who taught my siblings and I morals and the consequences of bad behavior from an early age. They were both civil servants, now retired but painstakingly supported my education through college, I went further to earn 2 masters degrees, one from Nigeria and another from The University of Massachusetts Dartmouth while I worked as a Climate Scientist for the Government of Nigeria. I was even accepted into a Ph.D program at the University of New Castle England just before I was arrested. Like the Proverbial prodigal son, I brought shame and disgrace instead to myself, my family and everyone around me.

Your Honor, I am married for 12 years to a loving and caring woman who even in all my troubles have continued to support me and stand by me. We have 4 young daughters, ages 5-12, three of who are American citizens by birth. I realize that our children do not understand my predicament, but I hope to share my experience with them someday in the near future. I acknowledge and regret the burden and pain my wife goes through day and night caring for our children all by herself, living in a homeless shelter in Toronto Canada as refugee claimants. I do understand that my criminal activity did not just negatively impact my life, it also inflicted grave sufferings on my family. This is unacceptable, and I am determined to make better choices moving forward.

Your Honor, I trust and believe that you will give me a second chance to rebuild my life. I have made the decision that recidivism is not what I want for myself, my children, nor my family so I promise to continue making a conscious effort to improve on the knowledge, wisdom and understanding I have gained since my incarceration of almost 24 months discipline free – with God and the support of my family, I believe I will succeed. I humbly ask for your mercy so I can begin rebuilding my life.

Thank you for taking the time to read my letter, once again my sincere apology to the court and victims.

Sincerely,

Umegbo Chukwunonso Douglas

Onyinye Umegbo
10 Eva Road,
Etobicoke, Ontario,
M9C 0B3
11th March, 2023

Honorable Judge George A. O'Toole Jr.,
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way,
Boston, Massachusetts.

Your Honor,

## **SUPPORTING LETTER FOR CHUKWUNONSO DOUGLAS UMEGBO**

I am writing to you as the wife of Chukwunonso D. Umegbo, who is currently awaiting sentencing before your court on the 4th of April, 2024. I have known my husband for nearly two decades, and in all that time, he has never had any issues with the law. His recent involvement in these crimes has shocked and saddened me, but I am convinced that it is an aberration rather than a reflection of his character.

I want to begin by acknowledging the victims of my husband's actions. Their experiences cannot be minimized or overlooked. I recognize the pain, financial loss, and emotional turmoil they have endured as a result of his actions. It weighs heavily on my heart to know that my husband's choices have caused harm to others, and I want to express my deepest sympathies to the victims and their families.

Throughout our relationship, my husband has always been a responsible and law-abiding citizen. He is a loving father and a devoted husband who has worked tirelessly to provide for our family. His sudden descent into criminal behavior has been as bewildering to me as it has been to those who know him best.

Since his arrest, my husband has shown genuine remorse for his actions. He has taken full responsibility for his mistakes and has been actively participating in rehabilitation programs to address the underlying issues that led to his involvement in these crimes. He has been attending counseling and therapy sessions regularly, seeking to understand and rectify the factors that contributed to his lapse in judgment.

Furthermore, I want to emphasize the impact that my husband's absence has had on our family. As a single mother of four young children, I have been struggling to fill the void left by his absence. My husband's absence has left a palpable void in our family, and our children desperately miss their father's presence in their lives.

Your Honor, I am pleading for leniency in sentencing for my husband. I believe that his actions were out of character and were fueled by circumstances that are not indicative of his true nature. With the appropriate support and guidance, I am confident that he can learn from his mistakes and become a positive force in our community once again.

Thank you for considering my perspective, and I trust that you will weigh all factors carefully in making your decision.

Sincerely,

Onyinye Umegbo

Pedro Ezeh
9662 Caney Trails Rd

Conroe, TX
77303
929-427-5749

pezehh@gmail.com

21ˢᵗ March 2024

Honorable Judge George A. O'Toole Jr
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA
02210

Re: Character Support Letter for Douglas Umegbo

Dear Honorable,

I am writing this letter in support of Douglas Umegbo who is currently facing legal proceedings within your honorable court. As someone who is acquainted with the defendant, I believe it is crucial to provide insight into their character and circumstances to aid in your understanding of the situation.

My name is Pedro Ezeh and I am a Legal Permanent Resident of the United States. I met Douglas Umegbo in 2018 during my time studying for a degree in Master of Science Healthcare Management at the University of Massachusetts, Dartmouth. Douglas, who also was enrolled in a Master of Business Administration in Health Systems Management, a sister program which had lots of shared orientation activities and curriculum. Douglas and I struck an immediate friendship. Notwithstanding Douglas being an intelligent and exceptional student, our friendship grew closer due to his tenacious, compassionate, loyal and trustworthy persona. Douglas also prioritized community involvement, taking time each week to commit volunteer hours at the local Red Cross society in Massachusetts. Douglas who is an amazing husband and a father of four girls, puts his family first even in the face of adversity and his ability to demonstrate

resilience and determination is remarkable.

During our time in school and afterward, Douglas and I have continued to maintain a close friendship for more than half a decade built on these exceptional qualities. I acknowledge the gravity of the charges made and while I uphold that the defendant takes responsibility for their actions, I humbly request consideration of this letter and take into account that Douglas has continued to show his genuine remorse and willingness to make amends for any harm caused.

Douglas has an amazing support system which includes family and friends like myself who will commit to assisting and providing any necessary effort in his journey determined by your honorable court.

I express gratitude for the court's attention to this matter and offer to provide any additional information or support if needed. Please refer to my contact information provided above for further communication.

Sincerely,
*Pedro Ezeh*
Pedro Ezeh